UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

---------------------------------------------------------x
JAMES BLEDSOE,                              :
                                           :   CASE NO.: 5:16-cv-1205-EEF-KLH
                                           :
       Plaintiff,                         :   Judge: ELIZABETH E. FOOTE
                                           :
vs.                                         :   Magistrate Judge: KAREN L. HAYES
                                           :
SEALY SOUTHTOWN, L.L.C.,                    :
SEALY UPTOWN, L.L.C., and                   :
SEALY OPERATING III, INC.                   :
                                           :
       Defendants.                        :
---------------------------------------------------------x

## ORDER

Having been advised that the parties have resolved Plaintiff's claims against defendants Sealy Southtown, LLC, Sealy Uptown, LLC, and Sealy Operating III, Inc., (collectively "Defendants"),

IT IS HEREBY ORDERED that all claims asserted by Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE,** with each party to bear their own costs and attorneys' fees, subject to this Court retaining jurisdiction to enforce the terms of the settlement agreement. See Fed. R. Civ. P. 41(a)(2); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

MONROE, LOUISIANA, this 13th day of June, 2017.

_____
JUDGE